### Oughtred ag$^t$ Curwin &c.

Charles Oughtred (or George Purkis his Lawfull Substitute Attourny of Samuel Sheafe of London ag$^t$ Jonathan Curwin & Elisabeth his wife (Adm$^x$ of the Estate of m$^r$ Robert Gibbs dece$^d$) and James Whetcomb or either of them Def$^{ts}$ The plaint. withdrew his Action.

Charles Oughtred (or George Purkis Lawfull Substitute) Attourny &c. plaint. ag$^t$ Jonathan Curwin &c. Def$^{ts}$ The plaint. withdrew his Action.